UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JULIAN MEAR,

                           Plaintiff,                  **ORDER ON
MOTION TO DISMISS**

     - against -

                                                                 No. 24-CV-7696 (CS)

ROBERT CAPUTO,

                          Defendant.
--------------------------------------------------------------x

Seibel, J.

      For the reasons set forth on the record at the February 25, 2026 conference, the

Defendant's motion to dismiss, (ECF No. 18), is GRANTED in part and DENIED in part.

**SO ORDERED.**

Dated:  February 26, 2026
          White Plains, New York

                                          _____
                                      CATHY SEIBEL, U.S.D.J.