UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JULIAN MEAR,

Plaintiff,

- against -

ROBERT CAPUTO,

Defendant.
-----------------------------------------------------------x

**ORDER**

No. 24-CV-7696 (CS)

Seibel, J.

For the reasons set forth on the record at the October 7, 2026 conference, Defendant is ordered to provide Plaintiff by October 9, 2026 with non-party Marlon Beckford's telephone number pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i). Defendant is also ordered to request by October 9, 2026 all texts, emails and other communications from 2017 to the present stored by his wireless carrier, on his Apple iCloud account, on his Microsoft cloud-based storage account or any other equivalent source. Defendant is ordered to provide Plaintiff by November 9, 2026 with the communications that relate to Plaintiff, Marlon Beckford, Bitcoin transactions, and investments or loans. If Defendant has not received his communications from these providers by November 9, 2026, he is ordered to provide Plaintiff with all communications demonstrating his efforts to obtain them. Plaintiff is ordered to provide the Court with an update on the status of this production by November 13, 2026. Defendant's failure to comply with this order may result in striking his Answer. The fact discovery deadline is extended to November 20, 2026. The next status conference is to be held on December 10, 2026 at 11:30 a.m. Pre-motion letters, if any, are due November 25, 2026, with any responses due December 3, 2026. Defendant's counsel is also ordered to serve a copy of this order on his client.

**SO ORDERED.**

Dated: October 8, 2026
White Plains, New York

Cathy Seibel

CATHY SEIBEL, U.S.D.J.